| District Court, Boulder County, State of Colorado<br>1777 Sixth Street, Boulder, Colorado 80302<br>(303) 441-3792 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Oct 25 2012 01:45PM MDT<br>Filing ID: 47341532<br>Review Clerk: N/A |
|---|---|
| **REAL GOODS SOLAR INC., PLAINTIFF,**<br><br>v.<br><br>**RESPON SOLAR, ANDY OOMS, and DOES 1 THROUGH 20, DEFENDANTS.** | ▲ COURT USE ONLY ▲ |
| *Attorney for Petitioner:* Richard B. Benenson and Sangeetha Mallavarapu<br><br>*Attorney for Respondent:* Douglas L. Romero | Case Number: 12CV907<br><br>Division 2, Courtroom S |
| **MINUTE ORDER: HEARING REGARDING PETITION IN CONDEMNATION** | |

On October 1, 2012 the following action was taken in the above captioned case. The Clerk is directed to enter these proceedings in the register of actions.

**COURT REPORTER:** T. Butler

**APPEARANCES:**
    Richard Benenson and Sangeetha Mallavarapu on behalf of Plaintiff, Real Goods Solar Inc.
    Douglas L. Romero on behalf of Defendants Respon Solar and Andy Ooms.

**SWORN WITNESSES:** *None*

**MATTER BEFORE THE COURT:** Preliminary Injunction. Having heard the evidence and arguments of the parties, the Court hereby enters the following ORDERS:

1. **Preliminary Injunction.** Mr. Romero says his client retained him just this morning. He would like a continuance and agrees to continue abiding by the TRO in the meantime. Mr. Beneson does not oppose this request.

2. The preliminary injunction hearing will be rescheduled for October 19, 2012 at 1:30 for two hours. The TRO will remain in effect.

3. Mr. Romero also asks for an additional 20 days in which to file an answer, stating his client was only served yesterday. Mr. Romero reserves the right to object to personal jurisdiction.



DATED:      October 25, 2012, *nunc pro tunc*, October 24, 2012.

BY THE COURT

*[signature]*

**Maria E. Berkenkotter**
District Court Judge